JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANUR CEBALLOS-LABORDE,<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | Case No. 5:26-cv-06317-FLA (MBK)<br>**JUDGMENT** |

Pursuant to the Order Accepting and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge as Modified, the court ENTERS Judgment in Petitioner Yanur Ceballos-Laborde's (A# 099-575-005) favor and against Respondent on the Petition for Writ of Habeas Corpus (Dkt. 1).

IT IS SO ORDERED and ADJUDGED.

Dated: November 16, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge